

FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREEN, an individual; AIR PATENTS LLC, a California limited liability company; and MEDICAL VISIONS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AILNH, LLC,<br><br>Defendant. | Case No. 2:18-cv-10797-SVW-SK<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(*Filed concurrently with Stipulation*) |
| AILNH, LLC,<br><br>Counter-Claimant<br><br>vs.<br><br>RICHARD GREEN, an individual; AIR PATENTS LLC, a California limited liability company; and MEDICAL VISIONS, INC., a California Corporation,<br><br>Counter-Defendants | |

The Court, having considered the Joint Stipulation to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation of Dismissal") and for good cause shown, hereby ORDERS AS FOLLOWS:

1. The Stipulation of Dismissal is granted and the Complaint and Counter-Claim asserted by and against Plaintiffs and Counter-Defendants Richard Green ("Green"), Air Patents LLC ("AP"), and Medical Visions, Inc. ("MV" and, together with Green and AP, the "Green Parties") and Defendant and Counter-Claimant AILNH, LLC (together with the Green Parties, the "Parties") in the above-entitled action are hereby dismissed with prejudice.

2. The Parties shall each bear their own attorneys' fees, costs, and expenses in connection this action.

IT IS SO ORDERED.

Dated: August 8th, 2019

THE HONORABLE STEPHEN V. WILSON
United States District Court Judge